# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY DWAYNE CHRISTENSEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 80495

**FILED**

FEB 2 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order regarding a pretrial motion to dismiss counsel. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, no action will be taken on the "Notice of Motion Coram Nobis" filed on February 12, 2020.

20-06971

cc:   Hon. Douglas W. Herndon, District Judge
Corey Dwayne Christensen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
T. Augustus Claus

Supreme Court
of
Nevada

(O) 1947A

2